**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION**

LAUREN WYNNE,                    *
                                 *
        Plaintiff,               *
                                 *
    v.                           *         CV 626-008
                                 *
MAXIMUS EDUCATION, LLC d/b/a     *
AIDVANTAGE,                      *
                                 *
        Defendant.               *

## O R D E R

Before the Court is the Parties' joint stipulation to stay proceedings. (Doc. 4.)  The Parties intend to re-submit Plaintiff's discharge application for adjudication to the Department of Education and hope to finalize a resolution within ninety days. (Id. at 2.)  The Parties therefore jointly request a stay of all deadlines through May 26, 2026. (Id. at 2-3.)

The Clerk is hereby directed to **STAY** all proceedings in this case until and through **MAY 26, 2026.**  The Parties are **ORDERED** to provide a Joint Status Report by **MAY 26, 2026.**

**ORDER ENTERED** at Augusta, Georgia, this _10th_ day of March, 2026.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA