IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

LAUREN WYNNE,                      *
                                   *
      Plaintiff,                   *
                                   *
      v.                           *        CV 626-008
                                   *
MAXIMUS EDUCATION, LLC d/b/a       *
AIDVANTAGE,                        *
                                   *
      Defendant.                   *

ORDER

Before the Court is the Parties' joint status report and stipulation to further stay proceedings. (Doc. 6.) The Parties jointly request a stay of all proceedings through July 27, 2026. (Id. at 2.) The Parties state that they "have been actively discussing a potential resolution of Plaintiff's claims that may not require the Court['s] intervention." (Id.) The Parties also state that a stay will not prejudice either party. (Id.)

The Clerk is hereby directed to **STAY** all proceedings in this case until and through **JULY 27, 2026.** The Parties are **ORDERED** to provide a Joint Status Report by **JULY 27, 2026.**

**ORDER ENTERED** at Augusta, Georgia, this ⟨2nd⟩ day of June, 2026.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA